IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TERRY DEWITT CAVE, | : |
| Plaintiff, | : |
| v. | : C. A. NO. 5:06-cv-275(CAR) |
| LT. CURRY, et al., | : |
| Defendants. | : |

# **J U D G M E N T**

Pursuant to the Order of this Court filed March 28, 2008, having accepted the recommendation of the United States Magistrate Judge in its entirety and having granted Defendants' Motion for Summary Judgment,

JUDGMENT is hereby entered in favor of Defendants and against Plaintiff. Defendants are also entitled to recover their costs of this action.

This 28th day of March, 2008.

**GREGORY J. LEONARD, CLERK**

**s/Cheryl M. Alston, Deputy Clerk**