**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **TERRY DEWITT CAVE,** | : | |
| | : | |
| **Plaintiff,** | : | **Case No.: 5:06-cv-275 (CAR)** |
| | : | |
| **v.** | : | |
| | : | |
| **LT. CURRY, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

_____

### *ORDER ON THE UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION*

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 53] that Defendants' Motion for Summary Judgment [Doc. 26] be granted. Plaintiff filed no timely Objection to the Recommendation. The Court, having considered the Recommendation, agrees that Defendants are entitled to summary judgment on Plaintiff's claims. Therefore, the Recommendation is **HEREBY ADOPTED AND MADE THE ORDER OF THE COURT**.

**SO ORDERED.** This 28th day of March, 2008.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

SSH